# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

Christian T. Powell
_____

_____

_____

*Plaintiff(s)/Petitioner(s)*

v.

Anthony Wills
Kevin Reichert
Angela Crane
_____

*Defendant(s)/Respondent(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case Number: 23-1644-NJR

*(Clerk's Office will provide)*

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I.   JURISDICTION

### Plaintiff:

A.   Plaintiff's mailing address, register number, and present place of confinement.   Menard Correctional Center
711 Kaskaskia Street
Menard, IL. 62259

### Defendant #1:

B.   Defendant __Anthony Wills__ is employed as
          (a)      (Name of First Defendant)

__Warden__
          (b)               (Position/Title)

with __Illinois Department of Corrections__
          (c)      (Employer's Name and Address)

__1301 Concordia Court; Springfield, IL. 62794__

At the time the claim(s) alleged this complaint arose, was Defendant #1
employed by the state, local, or federal government?   ☒ Yes   ☐ No

If your answer is YES, briefly explain: He is the warden of Menard
Correctional Center, where I am being held.

Rev. 10/3/19

**Defendant #2:**

C.   Defendant _Kevin Reichert_ is employed as

(Name of Second Defendant)

_Assistant Warden of Operations_

(Position/Title)

with _Illinois Department Of Corrections_

(Employer's Name and Address)

_1301 Concordia Court, Springfield, IL. 62794_

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain: He is the assistant warden of operations at Menard Correctional Center, where I am being held.

**Additional Defendant(s) (if any):**

D.   Using the outline set forth above, identify any additional Defendant(s).

Angela Crane – Health Administrator

Menard Correctional Center

711 Kaskaskia Street

Menard, IL. 62259

She is the health administrator at Menard Correctional Center, where I am being held.

Rev. 10/3/19

## II.    PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒ Yes ~~No~~

B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.    Parties to previous lawsuits:
Plaintiff(s):    Christian T. Powell #182895

Defendant(s):    unavailable to me

2.    Court (if federal court, name of the district; if state court, name of the county): Eastern District of Missouri; 8th Circuit

3.    Docket number: unavailable to me

4.    Name of Judge to whom case was assigned: unavailable to me

5.    Type of case (for example: Was it a habeas corpus or civil rights action?): Civil rights §1983

6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

unavailable to me

Rev. 10/3/19

7.  Approximate date of filing lawsuit: 1998

8.  Approximate date of disposition:
    2003

9.  Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

    unavailable to me

## III. GRIEVANCE PROCEDURE

A.  Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.  Did you present the facts relating to your complaint in the prisoner grievance procedure?    ☒ Yes    ☐ No

C.  If your answer is YES,
    1.  What steps did you take?

    Filed numerous grievances, which are on file with the institution grievance office.

    2.  What was the result?

    No responses

D.  If your answer is NO, explain why not.

E.  If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?    ☐ Yes    ☐ No

F.  If your answer is YES,
    1.  What steps did you take?

Rev. 10/3/19

    2.     What was the result?

G.    If your answer is NO, explain why not.

H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

(See attachments A-I )

Rev. 10/3/19

In the state of Illinois  )
                          ) SS
in the county of Randolph )

Attachment A

## Affidavit

I, Christian T. Powell # B86427, being duly sworn upon my oath, depose and state the following matters are both true and correct, made upon personal knowledge and belief, and if called as a witness I am competent to testify thereto: I am writing this affidavit to create a documentation of the misconduct of abuse of the grievance and sick call procedures that are currently in place at Menard Correctional Center. Specifically, Correctional staff are manipulating the availability of the individuals in custody's right to a grievance process by not answering our grievances. I have heard correctional officers (cos) on numerous occasions brag about turning the grievance box, which is a locked device we place our grievances in, tip the box and shake out our grievances, pull them out of the box like a piggy bank, while at Menard Correctional Center. And the grievances that do make it the grievance office don't get answered, but are totally disregarded. It is based on the belief that correctional staff are purposely obstructing myself and other inmates "available administrative remidies" in order to deter or make it impossible to exersing our our constitutional rights. The same is occuring in regards to the sick call proceedur. Myself, as well as countless others in Menard have had our medical conditions disregaurded and placeing "medical holds" on us as retaliation for filing grievances on the injustice here. And it is an on going and systematic practice they have been doing. When I have attempted to have these issues addressed my complaints go completely ignored.

Page 1 of 2

The proceeding statement and affidavit was scribed by me, Christian T. Powell #B86427, who is currently incarcerated in Menard Correctional Center. And the attached copies are exhibits 1-10, and are official documents from the grievance office here at Menard.

Respectfully Submitted,

Scribed and sworn
before me on this 26th
_____ day of
January, 2023.

/S/ _____ Chris Powell _____

Christian T. Powell #B86427
Menard Correctional Center
P.O. Box 1000
Menard, IL 62259

/S/ Shelley A. Shevlin
Notary Public

OFFICIAL SEAL
SHELLEY A SHEVLIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/29/24

Attach B

3-06

JUL 15 2022
1st Lvl rec:

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec:

| Date: 7-13-2022 | Offender (please print): Christian T. Powell | ID #: B86427 | Race (optional): White |
| --- | --- | --- | --- |
| Present Facility: | | Facility where grievance issue occurred: | |

**Nature of grievance:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Disciplinary Report

- ☐ Mail Handling
- ☐ Dietary
- ☐ Other (specify): _____

- ☒ Medical Treatment
- ☐ HIPAA

170-7-22 Men

- ☐ ADA Disability Accommodation
- ☐ ~~Restoration of Sentence Credit~~

RECEIVED
AUG 22 2022
MENARD CC
GRIEVANCE OFFICE

Date of report _____

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Boa
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
   Chief Administrative Officer, only if EMERGENCY grievance
   Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drug
   issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information each person involved):

My attached Grievance, #306-5-22, counseling summary has not been responded to, and it has been 45 days. I am awaiting treatment of my sinus and allergy needs still, and it has been March 23, 2022 my medication was stopped and disregarded. My requests for nurses' sick calls and doctors' sick calls are being ignored, as is my requests for sinus headache medications. Commissary is always out of the needed meds, and there is no where to go for meds, relief or treatments. I request to be seen urgently, as I am in serious need.

☐ Continued on reve

**Relief Requested:**

_____

_____

_____

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

| Chris Powell | B86427 | 7-13-2022 |
| --- | --- | --- |
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received: 7/18/2022   ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

Grievance # 306-5-22 was sent to medical on 6/13/2022. You will receive a response once medical answers it.

_____

RECEIVED

SEP 16 2022

ADMINISTRATIVE
REVIEW BOARD

| _____ Print Counselor's Name | _____ Sign Counselor's Name | 7/18/2022 Date |
| --- | --- | --- |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance offi

**EMERGENCY REVIEW:**   Date Received: _____

Is this determined to be of an emergency nature:

☐ Yes, expedite emergency grievance
☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure

Chief Administrative Officer's Signature   sinus/medication   Date

Assigned Grievance #/Institution: _____

Housing Unit _____   Bed #: _____

1st Lvl rec _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender's Grievance**

2nd Lvl rec _____

Attachment C

## State of Illinois - Department of Corrections
## Counseling Summary

RECEIVED
AUG 22 2022
MENARD CC
GRIEVANCE OFFICE

| | | | |
|---|---|---|---|
| **IDOC #** | B86427 | **Counseling Date** | 05/31/22 10:47:43 PM |
| **Offender Name** | POWELL, CHRISTIAN | **Type** | Collateral |
| **Current Admit Date** | 03/09/2022 | **Method** | Grievance |
| **MSR Date** | 12/27/2039 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | W -03-06 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance Office received grievance #306-5-22 regarding renew sinus medication dated 5/29/2022. Forwarded to Clinical Services for Counselor's response.

RECEIVED

SEP 1 6 2022

ADMINISTRATIVE
REVIEW BOARD

**Print Date** 5/31/2022

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B86427 | **Counseling Date** | 08/22/22 14:50:54:477 |
| **Offender Name** | POWELL, CHRISTIAN | **Type** | Collateral |
| **Current Admit Date** | 03/09/2022 | **Method** | Grievance |
| **MSR Date** | 12/27/2039 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | W -03-06 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance Office received grievance #170-7-22 (2nd Level Review) regarding sinus/allergy medication, dated 7/13/2022.

**Print Date** 8/22/2022

*A,Hackmich*

*W-3-06*

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 08/22/2022 | Date of Review: 09/07/2022 | Grievance # (optional): 170-7-22 |
| Offender: Powell, Christian | | ID#: B86427 |

**Nature of Grievance:**

Medical Grievance

**Facts Reviewed:**

Individual in custody submitted a grievance dated 7/13/2022 and grieves that grievance #306-5-22 has not been responded to from the counselor and it has been 45 days.  He grieves he is awaiting treatment of is sinus and allergies since March 2022.

Relief Requested: None Listed.

Counselor responded on 7/18/2022 – Grievance #306-5-22 was sent to medical on 6/13/22.  You will receive a response once medical answers it.

Grievance Office reviewed on 9/7/2022 – The Counselor addressed the grievance appropriately. The grievance is still pending HCU review.

**Recommendation:**

It is the recommendation of this Grievance Officer that the inmate's grievance be MOOT.

Kelly Pierce, CCIII - Menard Correctional Center

| Print Grievance Officer's Name | Grievance Officer's Signature |
|---|---|

(Attach a copy of Offender's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: SEP 08 2022 | ☑ I concur    ☐ I do not concur    ☐ Remand | |
| Action Taken: BY:_____ | | |

Chief Administrative Officer's Signature        9/9/22
Date

RECEIVED

SEP 1 6 2022

ADMINISTRATIVE
REVIEW BOARD

| Offender's Appeal To The Director | | |
|---|---|---|

I am appealing the Chief Administrative Officer's decision to the Director.  I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)**

| Offender's Signature | ID# | Date |
|---|---|---|

Distribution:    Master File; Offender                     Page 1                          DOC 0047 (Rev. 3/2019)

*Printed on Recycled Paper*

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO OFFENDER'S GRIEVANCE (Continued)



*AH seckmen of*

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
## Return of Grievance or Correspondence

Offender: Powell _____ Christian _____ ___ B86427 ___
          Last Name              First Name       MI      ID#

Facility: Menard _____

☒ Grievance: Facility Grievance # (if applicable) 170-7-22 _____ Dated: 7/13/2022 _____ or ☐ Correspondence: Dated: _____

Received: 9/16/2022 _____ Regarding: claims grievance #306-5-22 response has not been received since submission 45 days past
          Date

The attached grievance or correspondence is being returned for the following reasons:

**Additional information required:**

☐ Provide your original written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal; if timely.

☐ Provide dates when incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:
Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, IL 62794-9277

**Misdirected:**

☐ Contact your correctional counselor or Field Services regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property and medical issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns in a letter to: Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, IL 62706

**No further redress:**

☐ Award of Earned Discretionary Sentence Credit is a discretionary administrative decision; therefore, this issue will not be addressed further.

☐ Administrative transfer denials are discretionary administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ Administrative Review Board received the appeal 30 days past date of Chief Administrative Officer's decision; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on _____
                                                  Date
☐ No justification provided for additional consideration.

Other (specify): A response will be provided to grievant when completed by facility. _____
_____

Completed by: Adewale Kuforiji _____ _____ 10/26/2022
              Print Name                    Signature           Date

Distribution:  Offender          *Printed on Recycled Paper*          DOC 0070 (Rev. 3/2018)
               Inmate Issues

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B86427 | **Counseling Date** | 08/01/22 12:09:55:093 |
| **Offender Name** | POWELL, CHRISTIAN | **Type** | Collateral |
| **Current Admit Date** | 03/09/2022 | **Method** | Grievance |
| **MSR Date** | 12/27/2039 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | W -03-06 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance Office received grievance #22-8-22 regarding trust fund issues dated 8/1/2022. Forwarded to Clinical Services for Counselor's response.

**Print Date 8/1/2022**

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B86427 | **Counseling Date** | 10/25/22 10:47:47:747 |
| **Offender Name** | POWELL, CHRISTIAN | **Type** | Collateral |
| **Current Admit Date** | 03/09/2022 | **Method** | Grievance |
| **MSR Date** | 12/27/2039 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | W -03-06 | **Staff** | RAMSEY, SHEILA M., Office Coordinator |

Grievance Office received grievance #299-10-22 regarding medical treatment and transfer dated 10/20/2022. Forwarded to Clinical Services for Counselor's response.

**Print Date** 10/25/2022

*Attachment I*

# State of Illinois - Department of Corrections

# Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | B86427 | **Counseling Date** | 12/12/22 12:36:29:537 |
| **Offender Name** | POWELL, CHRISTIAN | **Type** | Collateral |
| **Current Admit Date** | 03/09/2022 | **Method** | Grievance |
| **MSR Date** | 12/27/2039 | **Location** | MEN GRIEVANCE OFFICE |
| **HSE/GAL/CELL** | W -01-21 | **Staff** | HARGIS, ALLISON, Office Coordinator |

Grievance Office received grievance #126-12-22 regarding hep c treatment dated 12/7/2022. Forwarded to Clinical Services for Counselor's response.

**Print Date** 12/12/2022

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated.  Do not include legal arguments or citations.  If you wish to present legal arguments or citations, file a separate memorandum of law.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On March 9, 2022, I was received as an inmate at the Menard Correctional center, to begin a twenty-two (22) sentence. And it is due to my crime that I am being denied medical treatment for my serious medical needs of hep-c, back injury, skin diseases, scalp disease, stomach problems, sinus infection, allergies, and other illnesses that have healed themselves over time. Including a broken pinky that healed incorrectly do to no medical treatment. I have asked for medical attention, and submitted numerous sick call complaints, only to be ignored and disregaurded by everyone here. I have also filed numerous grievances that are also ignored, disregaurded, and not even responded to, which are attached to this claim. I believe I am being discriminated against due to me sexuality and crime here at Menard. And I request injunctive relief and compensatory damages. I deserve to be treated for my diseases, as they are very serious. I am in extreme pains and my life is in danger.

Rev. 10/3/19

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

I seek injuctive relief to order treatment, and compensatory damages of $1,000,000.

VI.  **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: _05-11-2023_ (date)

_Chris Powell #B86427_
Signature of Plaintiff

_741 Kaskaskia St._
Street Address

_Christian T. Powell #B86427_
Printed Name

_Menard, IL. 62259_
City, State, Zip

_#B86427_
Prisoner Register Number

_N/A_
Signature of Attorney (if any)

Rev. 10/3/19

Case 3:23-cv-01644-GCS    Document 1    Filed 05/15/23    Page 20 of 21    Page ID #20

Christian T. Powell #B86427
Menard Correctional Center
711 Kaskaskia St.
Menard, IL. 62259

Correspondence from Individual in Custody

Legal Mail



US POSTAGE PITNEY BOWES

ZIP 62259 $ 002.94°
02 4W
0000387519 MAY 12 2023



MAIL CLEARED
US MARSHALS

Legal Mail!

Clerk of the Court
Southern District of Illinois
Federal Courthouse
750 Missouri Ave.
E. St. Louis, IL. 62201



Legal Mail!



RECEIVED

MAY 1 5 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE